**Electronically Filed
Supreme Court
SCWC-12-0000801
12-MAR-2014
01:18 PM**

SCWC-12-0000801

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KEKOA J.K. KRUEGER,
Petitioner/Defendant-Appellant,

and

LURGUIAL M. COUNTS, NIQUITTA KILMER,
Respondents/Defendants.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000801; CR. NO. 11-1-0149)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Ayabe, in place of Acoba, J., recused)

Petitioner/Defendant-Appellant Kekoa J.K. Krueger's

Application for Writ of Certiorari, filed on January 31, 2014, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, March 12, 2014.

Emmanuel G. Guerrero
for petitioner

Justin Kollar and
Tracy Murakami
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Bert I. Ayabe

